# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142688

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GEICO INDEMNITY COMPANY,
      Plaintiff/Counter-Defendant-
      Appellant,

v

BELINDA GOLDSTEIN,
      Defendant/Counter-Plaintiff/Third-
      Party Plaintiff-Appellee,

and

DANIEL LEON,
      Defendant/Counter-Plaintiff-
      Appellee,

v

FARMERS INSURANCE EXCHANGE,
      Third-Party Defendant/Appellee.
_____/

SC: 142688
COA: 288418
Oakland CC: 2006-073586-NF

On order of the Court, the application for leave to appeal the January 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

                       Clerk

p0516